Kenneth Sachs
2062 E. Southern Ave #1199
Tempe, AZ 85282

X FILED       ___ LODGED
___ RECEIVED  ___ COPY

FEB 1 5 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Plaintiff in *pro per*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

KENNETH SACHS,

      Plaintiff,

vs.

BARBARA KIFFMEYER,

      Defendant

Case No.:  **CV22-00244-PHX-ESW**

## PLANTIFF'S COMPLAINT

NOW COMES Kenneth Sachs, Plaintiff, and files this Complaint against Barbara Kiffmeyer, Defendant, and for cause would show this Honorable Court as follows:

## PARTIES

1. Plaintiff Kenneth Sachs known address is in Maricopa County, Arizona

2. Defendant Barbara Kiffmeyer (hereinafter referred to as "Kiffmeyer") known business

PLAINTIFF'S ORIGINAL COMPLAINT - 1

address is 4001 East Mountain Sky Avenue, Ste 200, Phoenix, AZ 85004.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this action under 28 U.S. Code § 1343 (civil rights).

4. Venue is proper in this Court in accordance with 28 U.S. Code § 1391(b) which states that:

"A civil action may be brought in – (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred." All the events and/or omissions that give rise to the causes of action in this Complaint took place in the State of Arizona.

## FACTS

5. During the month of August 2018, Kiffmeyer was appointed by the Superior Court of Arizona, Maricopa County to conduct court-ordered independent psychological evaluation of Plaintiff in *Re the Matter of: Maryna Sachs and Kenneth H. Sachs*, case number FC 2013-053729.

6. In September 2018 Kiffmeyer interviewed Plaintiff's minor child (hereinafter referred to as "Minor"). The honorable judge of the Superior Court of Arizona, Maricopa County, Hon. Dawn M. Bergin, relied on this report to revoke Plaintiff's parenting time, leaving him with supervised visits only.

7. Kiffmeyer has a responsibility in her role as interviewer to adhere to the laws of the State of Arizona as well as a professional obligation to make a determination as to what was in the best interest of the Minor Child. Kiffmeyer did not fulfill her professional obligations and overlooked several obvious cries for help from Minor Child during the interview. (Exhibit 1 attached)

PLAINTIFF'S ORIGINAL COMPLAINT - 2

8.  Defendant used her position as a medical professional to exert authority and influence the Court to make a decision regarding the welfare of a child. This is a direct abuse of power as Defendant did not present actual facts based on medical evidence. If anything, the Minor Child's testimony was in direct opposition to what Defendant shared in her recommendation to the Court. (Exhibit 2).

## CAUSES OF ACTION

### Perjury

10. Plaintiff hereby incorporates the facts in paragraphs 6-8 of this Complaint as though set forth fully herein.

11. ARS § 13-2702 provides that: "A person commits perjury by making either: (1) A false sworn statement in regard to a material issue, believing it to be false, a false unsworn declaration, or (2) A false unsworn declaration, certificate, verification or statement in regard to a material issue that the person subscribes as true under penalty of perjury, believing it to be false."

12. Kiffmeyer made statements that she did not believe to be true in the evaluation she was asked to conduct by the honorable judge of the Superior County of Arizona, Maricopa County. The statements were used by the Honorable Judge to make a determination that limited Plaintiff's parental rights to supervised visitation only.

13. By committing perjury in Plaintiff's evaluation, Kiffmeyer committed a Class 4 felony under the laws of Arizona. Kiffmeyer made false statements in the evaluation he was asked to conduct by the Superior Court of Arizona, Maricopa County. The evaluation was crucial as it was relied upon by the judge to make a determination only to allow Plaintiff supervised visits.

PLAINTIFF'S ORIGINAL COMPLAINT - 3

Kiffmeyer knew that the Court would rely on her evaluation when determining custody. Despite that, Kiffmeyer made false statements in the report. Plaintiff and especially Minor Child have suffered mental anguish and suffering due to the reduction of parenting time to supervised visits only. Plaintiff's relationship with his Minor Child has been damaged due to reduction of the time and quality of his visits with his daughter.

<u>Gross Negligence</u>

14. Plaintiff hereby incorporates the facts in paragraphs 6-13 of this Complaint as though set out in full herein.

15. Kiffmeyer had a duty to ensure that her evaluation reflected a true account of events. Kiffmeyer blatantly ignored parts of her interview with the Minor Child where she clearly indicated that she was FEARFUL of her mother. Defendant had an obligation as a medical professional to report such claims of child abuse. Defendant not only ignored child's cries for help, but she also ignored an obvious bond that Minor Child expressed she had with Plaintiff. Defendant's false report of the interview with Minor Child and her recommendation to the Court that Plaintiff be given supervised visitation created a situation for Minor Child that could potentially be physically and psychologically damaging to the Minor Child. Kiffmeyer was aware that her report would be used by the Court in a determination of custody She had a professional obligation of honest evaluation. Defendant breached this duty and included false assertions against Plaintiff in the evaluation. As a result of that breach, the Court relied on the falsified evaluation and reduced Plaintiff's parenting time to supervised visits only. Plaintiff has

PLAINTIFF'S ORIGINAL COMPLAINT - 4

endured, and continues to endure, suffering as he can only see his daughter during supervised visits only. Exhibit 2, pages 20 and 21 the Minor Child expressly indicates her wishes

<u>Violation of Obligation to Report Abuse</u>

16.  Plaintiff hereby incorporates the facts in paragraphs 6-15 of this Complaint as set forth fully herein.

17. As indicated in ARS Criminal Code § 13-2702 *"Any person who reasonably believes that a minor is or has been the victim of physical injury, abuse, child abuse, a reportable offense or neglect that appears to have been inflicted on the minor by other than accidental means or that is not explained by the available medical history as being accidental in nature or who reasonably believes there has been a denial or deprivation of necessary medical treatment or surgical care or nourishment with the intent to cause or allow the death of an infant who is protected under § 36–2281 shall immediately report or cause reports to be made of this information to a peace officer, to the department of child safety or to a tribal law enforcement or social services agency for any Indian minor who resides on an Indian reservation, except if the report concerns a person who does not have care, custody or control of the minor, the report shall be made to a peace officer only."*

18. Defendant is in direct violation of this Statute and was criminally negligent. Minor Child expressly indicated to Kiffmeyer that she was in fear of her mother and said in no uncertain terms that her mother 'hit' her on more than one occasion. Defendant is, in fact, a mandated reporter in the State of Arizona. Her failure to report this information immediately is

PLAINTIFF'S ORIGINAL COMPLAINT - 5

Criminal.

19. This Criminal act not only continued to place Minor Child in danger but compiled with Kiffmeyer's recommendation that Plaintiff maintain supervised visits and not the perpetrator of the abuse (as evidenced by Minor Child's testimony) shows a gross disregard for the safety of Minor Child. The Court relied on Kiffmeyer's recommendation in a determination of custody and this directly placed Minor Child in harms way. This harmful situation continues to this day. The Court awarded full custody to a parent that for all intents and purposes is abusive toward Minor Child.

### Violation of Constitutional Right to Parent a Child

20. Plaintiff hereby incorporates the facts in paragraphs 6-19 of this Complaint as though set out fully herein.

21. In this lawsuit, Plaintiff avers that his Fourteenth Amendment rights under the United States Constitution were violated by Defendant. Section 1 of the Fourteenth Amendment provides as follows: "All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the state wherein they reside. No state shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any state deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws."

22. Plaintiff was deprived of the familial right of association embodied in the concept of liberty in the Fourteenth Amendment without due process. "Today we hold that the Due Process

PLAINTIFF'S ORIGINAL COMPLAINT - 6

Clause of the Fourteenth Amendment demands more than this. Before a State may sever completely and irrevocably the rights of parents in their natural child, due process requires that the State support its allegations by at least clear and convincing evidence." Santosky v. Kramer, 455 U.S. 745 (1982).

23. Defendant interfered with Plaintiff's familial right of association in her blatant disregard for the wishes of Minor Child to live with her father and have limited contact with her Mother. Minor Child expressed in said interview that she felt unsafe living with her mother and preferred to live with the Plaintiff. Defendant completely misrepresented this information to the Court which resulting in the Court reducing Plaintiff's parenting time to supervised visitation only.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant him the following reliefs:

a. Plaintiff requests a jury trial in lieu of a judgment by the Court due to the sensitive nature and history of this matter.

b. Plaintiff would like the Court to Order an investigation into the blatant criminal act of Defendant neglecting to report the cries for help from a child who stated she was being abused.

c. Plaintiff requests that the jury is made abreast of the following requests for relief -

d. Damages for perjury, gross negligence, and violation of Fourteenth Amendment rights in the sum of $10,000,000.00 US Dollars.

e. Award Plaintiff punitive damages

PLAINTIFF'S ORIGINAL COMPLAINT - 7

f.   Award Plaintiff pre and post judgment interests, costs of this suit and attorney fees as allowed by law

g.   Award Plaintiff such equitable relief as may be appropriate under the circumstances; and

h.   Award Plaintiff such further relief as this Honorable Court deems necessary and proper.

Dated this _15__ day of February 2022.

Respectfully Submitted,

Kenneth Sachs
Plaintiff in *pro per*

PLAINTIFF'S ORIGINAL COMPLAINT - 8

**<u>EXHIBIT 1 -REDACTED</u>**

Child:  I just saw (unintelligible)

Child: Here are crayons (unintelligible).  Thats cool.

Child:  They have Weird but True, or they have the National Geographic Kids.

Ken:  Okay.

Child:  They have National Geographic Kids, too.

Child:  I feel like since I'm a featured dancer I got called back for featured dancer in Aladdin's friends, I'll probably like stay for a long time, because I have a feeling they're going to do the featured dancers like somewhere last.

Ken:  Yeah, you just call me when you're done.

Child:  Okay, yeah.

Ken:  Somebody can give you a lift home.

Child:  I love that thing, it's so cool.

Ken:  Yeah, she's very automated.

Child:  I love those chairs too.  They're so modern.

Ken:  I've got to get you an appointment with Diane Goula (spelling?)

Child:  K.

Ken:  (Unintelligible)

Child:  I can do it really fast.

Ken:  You could be a drummer.

Child:  It's like this it's kind of like the secret sister's handshake or something.  I don't know.  I don't know.

Child:  I'm going to like spray down my phone later.  It's a little dirty.

Ken:  I don't have my - I don't have (unintelligible).

Child:  That's fine.  I'll do it at the house.

Ken:  So I'm surprised Kyle's trying to be -

Child:  Aladdin?

Ken:  Yeah.  He's perfect.

Child:  Maybe he's doing like, maybe he's doing the spelling bee or whatever.

Ken:  Is he working at -

Child:  DST.  He's become like a big DST kid.  I wouldn't think he would but he is.

Ken:  You've got to understand baby, all these theaters are starving for boys.

Child:  Well yeah.

Ken:  It's the same five boys that go around to the different - you know what I mean?  They're like starving for different actors.

Barb:  Hello.  I'll be with you in just a minute.

Child:  Okay.

Ken:  (unintelligible)  Lauren Cort?

Child:  Is she on that list?

Ken:  She's on the bottom.

Child:  (unintelligible) I mean I don't really see Lauren, like I couldn't really think of her as a part, like a featured part.

Ken:  In the show?

Child:  Yeah, in the show.

Ken:  Is she, is she not in -

Child:  Is she not in what?

Ken:  Is she not in School of Rock?

Child:  I don't know.  I think she might, I don't remember.

Ken:  I think she's great, I don't know.

Child:  Yeah, but I just don't see her as anything.

Ken:  So who do you think will get it? This Noah?

Child:  Um, Eva's sister.

Ken:  I mean Aladdin.

Child:  Oh yeah, Ninoah (spelling?)

Ken:  Ninoah?

Child:  Ninoah yeah, he was King Julien.

Ken:  Right.  Well if its a double cast Will?

Child:  I don't know, maybe.

Ken:  Will Will get Aladdin?

Child:  Maybe.  He might get the genie, no not the genie.  I don't know.  He wanted to be Aladdin.  His parents donate a lot.  I'm not saying he's not good, but like his parents donate a lot.  But he's still good.  But like his parents donated a lot.

Ken:  I don't see Lauren Cort for a featured role.

Barb: All right sweetie, come on back.

Page 3

Child: Okay.

Ken: This is Child.

Barb: Hi!

Ken: Meet Barb (unintelligible)

Barb: Nice to meet you sweetie.  Come on back.  Do you need your drink and all or are you good?

Ken: Take your drink, baby.

Child: I'll take it.

Barb: All right, perfect.

Ken: I got, I got this for you.  I told you I would bring it to you.

Barb: Okay.

Ken: This has got the journal.

Barb: Okay.  Perfect.

Ken: I just made a PDF for you.

Barb: Oh perfect.

Ken: Because I know you're automated and I also gave you - that transcript thing that I gave you based on the audio tape.  I had another transcriber do a verification of it.

Barb: Oh, okay.  Perfect.

Ken: So thats on there too.

Barb: It's on here.  Perfect.  So organized, thank you.
Barb:  Whoops let me put my cup down.  Just walking around with that everywhere I go. Come on in, have a seat.  I carried it to the bathroom, I carried it (unintelligible).  All right.  Oh, my computer went to sleep.  One second. Okay.  There we go.  Now my

computers awake. So, let me look here (unintelligible) if i can see, that's curious. Here we go. Oh, Judge Bergin, okay. So, did dad tell you why you needed to come in here today?

Child: Uh, sorta. I mean I kinda already know like -

Barb: Okay. What did he tell you?

Child: Well he kinda just said like to get interviewed. Yeah.

Barb: So mom and dad are working with the judge, Judge Bergin. She - excuse me - she's very, very nice, but kids are never allowed to go into court and talk to the judge, which is not a bad thing because it's super boring in court and you would have no fun. But because Judge Bergin never gets to meet you, she knows nothing about you. All she knows is your name and how old you are. That's all she knows. So that makes it really difficult for her to know how much time you should be spending with dad, how much time you should be spending with mom, when she never even gets to talk to you. So, I work with the judges and I get to talk to the kids and I get to ask you all kinds of questions, then I go back to the judge and I tell her what we talked about. That helps her to decide, oh okay, now I know who this kid is that everyone is talking about and it helps her make decisions on all kinds of issues, but parenting time is one of those issues. So because I am going to report back to Judge Bergin about everything that we talk about so it will hopefully help her, it is important that what I tell her is the truth. So I don't want you to make up answers or lie about anything. I don't want you to guess on anything, if you don't feel like answering a question, I don't care. Just say, Barb, I do not feel like answering that question, it doesn't matter to me at all.

Child: Okay.

Barb: Or if you don't know the answer just say, I have no idea, I don't know. Not a big deal at all. But what happens is that if you're lying to me and I don't know you're lying, and I tell the judge everything that we talked about, she is going to take all that information and she is going to make some decisions with it

Child: Mmm-hmm.

Barb: Well if I give her bad information, she's going to make bad decisions and then you may not like them.

Child: Mmm-hmm.

Barb:  And so that's why I tell kids don't even bother making up answers to questions. You don't have to answer any single question that you don't want to.  It doesn't matter to me, you will not get in trouble.  Okay?  And then also, sometimes I'll ask kids a question and in my head it seems like a really brilliant question and it comes out of my mouth and just like bleh, and the kids are left sitting there like, what are you talking about?  If I ask you a question and you have no clue what I'm talking about, just say, Barb, what the heck are you talking about?  And I'll try to reword it, because again sometimes it just seems really smart and it doesn't come out that way.  So ask questions, and then the last thing is that I'm going to take really good notes while we're talking.  I work with kids all day long, and if I don't write down what we talk about, I'm going to forget and what you tell me is really important, and just like I've asked you to tell me the truth, I don't want to get in front of Judge Bergin and be like, I don't know, I think she said this, or maybe she said this, I don't really know.  No, I'm going to take really good notes.  Sometimes I'll read something back to you and I'll be like, now how old are you?  If I get anything wrong, tell me.  I know we're always telling kids, don't correct adults, no, I want you to correct me.  If I get anything wrong, you help me get it right.  Because, again, I'm going to be your voice to the court and I want to make sure I do a good job.  So if I mess up, you let me know, okay?  Now, so what nickname do you go by?

Child:  I go by Child.

Barb:  So how do you spell Child?

Child:  CHILD

Barb:  Now how come you go by Child?

Child:  So, when I was in kindergarten there was another girl named Child or CHILD -

Barb:  Oh.

and CHILD, I think there was an I CHILD too, I can't remember, or like an CHILD or something like that -

Barb: Right.

Child:  and so they asked if somebody had a nickname, so we came up with Child and then it was spelled CHILD for a little bit I was like taking french class -

Barb:  Oh yes, mmm-hmm.

Child:  So they were calling me CHILD -

Barb:  Yes.

Child:  So we changed it with an i.

Barb:  It is such a cute nickname.  I love that nickname.  I have two girls and, my oldest is Kinsey and my youngest is Kendall and they don't - those names don't really have any nicknames -

Child:  Yeah.

Barb:  that go with it, so I love the fact that you have a nickname.  I think it's super cute.  Um, and then, you are 10 years old, is that right?

Child:  Yeah. I'm going to be 11 tomorrow.

Barb:  Tomorrow is your birthday?  Oh my gosh, okay.  I don't want to ask questions right now I want to know all about what are you going to do for your birthday?

Child:  Uh, I'm not sure yet.  I got an 8+ for my birthday, so like, that would technically be my birthday present, so I'll probably just invite my theater friends over for a pool party thing at my house.

Barb:  Oh, I love that.  Are you going to have like cake or cupcakes?

Child:  Probably.  We usually get like the cupcake cake things.

Barb:  Oh do you?

Child:  Yeah.

Barb:  I love cupcakes.  I think I like cupcakes better than cake because you get more frosting on each and I like that.  Oh my gosh that's so exciting.  Let me see your phone.

Child:  It's rose gold.

Barb:  Oh my gosh it's gorgeous.

Page 7

Child:  Yeah.  I just got this case.  They weren't going to use this case but then I wanted the case because I like this type of case, so.

Barb:  Yeah, it's really cute.  I love that case.  So let me see the other side of the case.

Child:  Oh.

Barb:  So that's the back, let me see the front.  Does it have like a protector on it?

Child:  Yeah, it's like a, a what's it called color, its like this color and then, well it's not like the screen, yeah, it comes with a screen thing.

Barb:  So it like protects it so if you accidentally drop it or -

Child:  Yeah.

Barb:  I drop mine all the time.

Child:  I saw this thing when we got it, it was like the pro kit and it's waterproof.  The case is waterproof -

Barb:  Really?

Child:  It's like drop-proof.  Yeah.

Barb:  That's great.

Child:  Yeah.

Barb:  Yeah, because it, ugh, if something happens - wouldn't that be terrible?  Because they're expensive.

Child:  Yeah.

Barb:  And then what would you do without your phone?  Do you love it?

Child:  Yeah.

Barb:  Doesn't it take great photos?

Child: Yeah. There's like this new thing where you can do like, there's like a thing called portrait or something and you can do like -

Barb: Yes. Isn't portrait the coolest thing?

Child: Yeah.

Barb: I'm not super good at using it, but I really like portrait.

Child: Yeah it looks cool.

Barb: Yeah, it does, doesn't it?

Child: Yeah.

Barb: It's kind of hard because you have to get the exact, like you have to be in just the right, you know, distance from the object or the person in order for it to work so I'm always like, okay, do I have to go closer, farther -

Child: But the only thing - oh sorry.

Barb: No, go ahead.

Child: I wish it could do like selfie things.

Barb: Yes. I know, I do - the thing I don't like, I have a screen, it's an extra piece of glass that fits over to protect it. So if I drop my phone, that extra piece of glass will break, but my phone won't break and I can actually just peel it off -

Child: Oh yeah, well I sort of have that. It's not glass it's just like a protector.

Barb: Yeah, it's kind of neat but the thing is is that when you go to take a selfie, the picture doesn't look right because there's an extra screen on top of the screen -

Child: Oh.

Barb: So it looks a little weird. That's the only thing I don't like. So I'm always tempted to take it off, so that I can be able to take a selfie but then, what if I drop my phone.

Child:  What one is that, 8?

Barb:  This is the 8, yes.

Child:  Do you have the 8+?

Barb:  I don't know which one it is, but yeah its the 8.  I want the, um, a friend of mine just got the brand new -

Child:  The XR or the XS?

Barb:  I don't remember, one of the Xs.  But it's so confusing there's not even a -

Child:  There's not a button, yeah.

Barb:  It's the weirdest thing.  I cannot figure out how to use this phone.

Child:  It's really annoying, it's like when you try to swipe up -

Barb:  Yes, and there's all these different like, okay, that's way too much - I can keep up with all the other technology, that might be a little - because even he's super techy and he's even having trouble figuring out how to maneuver on the phone.

Child:  Yeah.

Barb:  So if he can't do it, I know I can't.  So I think I might just stick with my 8, thank you very much.  Okay, so you're almost 11, we'll say 11, and what grade are you in?

Child:  I'm in fifth.

Barb:  Okay.  So, if I remember right, because of my girls, fifth grade was kind of hard. Is it hard?

Child:  I mean, it's not that hard it's just like our teacher gives us a lot of websites to go on, like we have Ten Marks, we have Extra Math, we have Discovery Ed, we have Single Sign On, we have like -

Barb:  Oh my gosh.

Child:  We have so many websites so it's like hard to keep up with everything, so.

Barb:  That is a lot.

Child:  Yeah.

Barb:  That would be confusing, I'd get very nervous about that.

Child:  Yeah.

Barb:  So, do you have a favorite subject?

Child:  I like science, because I like to do experiments and stuff.  I also like chorus, but that's not like a subject, that's like specials.

Barb:  Right.  Well, that's all right.  So science - you must be a smarty pants because science is super hard.  Um, and chorus, of course, because you're a theater girl, you love chorus.  Is there a subject or anything about school that you're just like, ugh, this is the worst part of my day?

Child:  I mean, reading, but that's only if I don't have a good book, because it's annoying -

Barb:  I know, it's terrible, isn't it?  And they always pick the worst books.

Child:  Yeah.

Barb:  The worst books.  I have never - I have, my oldest daughter is a sophmore in college, and my youngest is a sophmore in high school, and I don't think they have ever had a book that they are just like, oh my god, this is the most exciting book ever.  No, it's like, you know, To Kill a Mockingbird -

Child:  Yeah.

Barb:  Frankenstein, Julius Caesar, it's the strange - Romeo and Juliet, which is really hard to read.  It's like, doesn't anybody ever want to pick like a really good book, like a Harry Potter book, or -

Child: Yeah.

Barb:  just something really fun, not boring.  Boring, boring, books.

Child:  My fourth grade teacher, I only had him for half a year, because I switched in the middle of fourth grade, like after winter break, and like he was really fun, like we'd paint ceiling tiles and like, he'd always - we'd always do votes on books, and like we'd all get to choose the book we wanted to read so -

Barb:  Really?

Child:  that was really fun, yeah.

Barb:  See that's really neat if you get to vote on it.

Child:  Yeah, because he's always like, okay, I don't want you guys to be bored when when we read so.

Barb:  Oh my gosh, that's a good teacher.

Child:  Yeah.

Barb:  I like that.  All right, so are you one of those kids that has tons and tons of friends at school, or are you one of those kids that its just like a couple of really close girlfriends?

Child:  Um, well we have like me and three other people, and then there's another girl that like sometimes joins and sometimes doesn't.

Barb:  Oh.

Child:  We're called the Burger Bunch, we made up a nickname for ourselves.  So, one is Boons (spelling?), one is Major Eater, like, because we were given nicknames, I'm Chez -

Barb:  Oh my gosh.

Child:  and then my friend Isabel is Lettuce.

Barb:  That is so cute.  I like that.  You guys are clever.  That's - are they in your same classes or?

Child:  Yeah, they're in my same class.

Barb:  You're lucky.  All right, so let's talk about dad first, since he's the one that brought you here.  Tell me some fun things that you like doing when you're with dad.

Child:  Well we like to bake banana bread and brownies together.

Barb:  Oh, yum.

Child:  We just went to like, it was like a block party thing, so I got like a balloon hat and stuff.

Barb:  Really?

Child:  Yeah.

Barb:  Oh my gosh.  Anything else you like doing?

Child:  Um, we do a lot of fun stuff.  We go in the backyard and stuff and play, and like, because we have like fruits and stuff so we like, we're getting the lemons, we got pomegranates in our backyard and lemons and limes and oranges -

Barb:  Oh my gosh, really?

Child:  and grapefruit, yeah, so we always like, we were, well we didn't do it because, well we haven't been doing it for a little bit but we have been doing it before, it's just we didn't live there, so we would take them, because we would rent out that house -

Barb:  Oh.

Child:  so we would take them from the back yard because the other renters didn't really use them so we just take them.

Barb:  That's a great idea.

Child:  Yeah.

Barb:  Yeah, if they're not going to use it.  We have a pomegranate tree and I have yet to actually get a pomegranate off of it because by the time they're ripe, the birds have eaten all of them.  Every time I go out there and I keep my eye on them, and I'm like, not quite yet, not quite yet, and just when I think it's time, I'll look out and the whole thing is just filled with birds and they're just eating all my pomegranates.  So I've never been able to

Page 13

get a pomegranate, but my birds apparently really like my pomegranate tree so I'm glad I have it for them. Okay, so you like to do all kinds of fun things with dad. Now do you have chores that you're responsible for?

Child: Well I mean, not really. I literally, all I do like, I just have to make my bed and just get all my stuff ready for school. And then sometimes my dad makes my lunch and sometimes I make my lunch. If I, if I need him to, he'll do it, or if I just don't feel like it, he'll do it or whatever.

Barb: Right, okay. I think that is a good - well yeah, making a lunch is hard, isn't it?

Child: Ehh…

Barb: It's a lot of work. Sometimes I'm lazy, I wish I didn't have to make lunch for my daughter.

Child: My, um, what was I gonna say, uh, what was I gonna say.

Barb: We were talking about lunches. Were you gonna - was it something about lunches?

Child: Oh yeah. Okay, so sometimes and plus we have the cafeteria, so sometimes I can just like grab, like if I ever need to, like need something else I can always, because I have like lunch money, like in my account, so I can always, grab like -

Barb: Oh yeah

Child: chips or whatever if I need it.

Barb: Oh that's a good idea. Do they ever have french fries?

Child: Yeah, well they have curly fries. I don't really like curly fries.

Barb: Yeah those are not my favorite.

Child: Yeah.

Barb: Because usually, they have like a seasoning on them -

Child: Yeah.

Barb:  don't they?

Child:  Yeah.

Barb:  I don't like that, that's weird.  I like just a plain french fry.

Child:  Yeah.

Barb:  I don't like the curly ones.  I'm with you on that.  I also don't like the really fat -

Child: Oh yeah.

Barb:  fries, the steak fries, I think they're called.  I don't like those.  I just want a regular old skinny, yummy fry.  So what does dad do if you misbehave and you're not following the rules?  What kind of consequences does he give you?

Child:  He doesn't really give me a consequence.  He just says like, you know better not to do that and then -

Barb:  Okay.

Child:  and then I don't really do it again.  I don't really like misbehave anyway, so.

Barb:  I heard you're a pretty good kid.  All right, so let's talk about mom.  What are some fun things that you like doing when you're with mom?

Child:  Uh, like, uh, uh, I don't know.  Well sometimes I'll just, because like I have scooters, I do this with dad too, but I'll just like scoot around the apartment complex.

Barb:  Oh nice.

Child:  I don't it with her, but like I scoot around the com-

Barb:  Oh okay.  Is there anything that you do with just mom?

Child:  Well I mean she sometimes helps me with projects, like we watched, because for, because I'm doing Anne, like I'm doing Anne Frank for my wax museum so we were watching like the Anne Frank biography thing so.

Barb:  Cool.  Okay.   So when you're with mom do you have chores that you're responsible for?

Child:  Well I'm not with her that often so I don't really have to do anything.

Barb:  Oh, okay.

Child:  I guess just my bed and stuff.  I mean I do like wash the dishes and stuff like that because like we don't use that many dishes so I just like hand wash some and then I like, I just, I just like have to clean up and - yeah I guess I do sort of do chores and then like I take out the garbage to like the dumpster thing.

Barb:  Oh good, okay.  You help out a lot.

Child: Yeah.

Barb:  So what does mom do if you misbehave and you're not following the rules?  What does she do?

Child:  She yells at me and gets mad at me and she hits me.

Barb:  She hits you?  What do you mean?

Child:  Like she hits right here sometimes.  She doesn't do it as often, but she'll like, or sometimes it'll either be on purpose or not on purpose, like she'll scratch me with her nail.

Barb:  Okay, so, tell me, okay now, when she scratches you with her nail, explain that to me.  When she does it on purpose, what do you mean by that?

Child:  Like, she'll like, she'll like, I don't know, she'll just like, uh -

Barb:  So when's the last time she scratched you with her nail?

Child: Well the last time it wasn't on purpose, but like -

Barb:  So when was the last time she did it on purpose?  Do you remember that time?

Child:  Yeah, she was like mad at me and so she like scratched me like this.

Barb: Oh. Okay, so how many times has she done that?

Child: Not that much, but like she's done it before.

Barb: Okay. Um, and then you said she hits your leg? Or your bottom?

Child: Well she doesn't do it anymore but like -

Barb: And where would she hit you?

Child: Like right here.

Barb: What would she hit you with?

Child: Her hand.

Barb: Okay.

Child: I probably still had my pants on or whatever.

Barb: So was she hitting you on your leg or your bottom?

Child: I don't know, like, like, like both, somewhere there I guess.

Barb: Okay but she does not, she doesn't do that anymore?

Child: No.

Barb: Okay, what made her stop?

Child: I don't know.

Barb: Okay. So you had said before that when we were talking about chores that you don't spend that much time with mom, so what is the schedule? When do you get to be with dad and when do you get to be with mom?

Child: Well I think it's supposed to be like the 5-2-2 whatever, but like we usually like what I like to do, I like to more stay with my dad than my mom, so.

Barb: So you don't use the schedule?

Child:  We do but like, we weren't using it for a long time but then like we got back to it.

Barb:  Oh, okay.  Um, so why were you not using it for a while there?

Child:  Uh, I guess like, I don't know, I guess, uh, because like, uh, I guess because she wasn't really like, like I didn't really want to be with her, so.

Barb:  How come?

Child:  Because.

Barb:  Because why?  How come you don't want to be with her?  Did she do something? What makes you cry?

Child:  I don't like to talk about her.

Barb:  You don't like talking about the schedule or you don't like talking about mom?

Child:  Mom.

Barb:  How come?

Child:  Because she's like yelling at me all the time and I never like to spend time with her and she's always like mean to me or she was hitting me and that hurt and like whenever, even like on purpose or not on purpose she'd always get mad at me and I'd always be crying every night when I was with her.

Barb:  So why, why does she yell at you?

Child:  I don't know.  I don't know, she's usually on the phone or like on her computer a lot and then like I'll be in my room doing whatever.

Barb:  Mmm-hmm.
Child:  Or, well, before I was in the living room doing whatever and then, so like I'll be doing whatever and she'll be like on the phone or like on her computer and then she'll start yelling at me.

Barb:  Huh.  Okay.  And when she yells at you, how do you feel about that?  Is it scary? Is it annoying?  Does it make you mad?

Child:  I guess all.

Barb:  Okay, okay.  Um, and what do you do when she starts yelling at you?

Child:  I like, I either like, I'm like calm down, why are you yelling at me, because like usually I didn't do anything bad.

Barb:  Yeah.

Child:  Or like, yeah.

Barb:  And what does she say?

Child:  She says like, I don't know, she just like, like usually she'll yell for a couple of minutes and then she'll like go in her room and then like, and then she'll come back out and not be yelling at me anymore.

Barb:  Okay.  Does she ever tell you why she's yelling?

Child:  Not really, no.

Barb:  Okay.

Child:  I mean she usually says like, she doesn't say she's mad - like, I don't know if she's mad at me or like what.

Barb:  Hmm.  Okay.  Huh.  And so, what is, do you talk to your dad about it?  Does he understand why mom is mad at you?

Child:  I don't think.  I don't know.

Barb:  Do you talk to him?  Do you let him know what's going on?

Child:  Yeah I guess.

Barb:  When do you tell him?

Child:  Like, when I'm with him.

Barb: Okay.

Child: Like, or yeah.

Barb: Well when you're with mom do you have any communication with dad?

Child: Well usually I'll like facetime him or whatever.

Barb: Oh, okay.

Child: So yeah.

Barb: Okay. So, we know, so let's go back to the schedule. You said at first you weren't using it.

Child: Well we were using it but like I think she was like, she was working, and I didn't want to be with her and like I had theater and stuff like that so we weren't really following it and I didn't really get a good night's sleep there because I was like sleeping on the couch before.

Barb: Okay.

Child: And so we stopped it for a while and then like a month or two - I don't know if it was a month, I don't remember, she started following it again and I didn't really want to do it so like I've been trying not to but she's like, still like doing it so.

Barb: So is there anything about the 5-2-2-5 schedule that you like and so you don't want that to be messed with? Is there anything about it that you like?

Child: Uh, I like spending time with my dad.

Barb: Okay. So what part of the schedule do you not like? And that's the stuff that we probably need to fix, so what don't you like?

Child: I don't like having to be with her on like the whatever, Wednesday Thursday, and like, I don't really like to be with her at all.

Barb: Okay. So do you, so you don't want to have any parenting time with mom?

Child: No. Only like, maybe like a Saturday but that's it, but not to sleep with her, just like if she wants to spend time with me but she's like always upset when I say I don't want to spend time with you, or I say I don't want to spend time with you she's always like upset with that, so.

Barb: Okay. What does, um, so you said that she gets upset about that?

Child: Yeah.

Barb: Okay. And what does she say?

Child: She's like, why don't you want to spend time with me, or whatever and I've told her already but like, she's still like, why? I was like, I don't sleep well and stuff like that and like she still is like why, and like every time I tell her.

Barb: Oh, okay. Okay and what does dad think about if you don't want to spend time with mom? What does he say?

Child: He's just like calm about it. He's usually like, um, he's usually like if you don't want to spend time with her you can like stay with me or whatever.

Barb: Okay.

Child: So I usually want to but she'll always like yell and say no. I guess that's one of the reasons she yells. She'll yell and say like, no you have to stay with me, it's my parenting day or whatever.

Barb: Okay, but dad says that if you don't want to you don't have to, but then mom makes you?

Child: Well, I'm - yeah I guess.

Barb: Okay.

Child: Like my dad is mostly fine with whatever in my opinion, but like, if he knows that I want to stay or come with him I mean -

Barb: Sure.

Child: he would like, be fine with that.

Barb: Oh, okay.

Child: Because like usually I'm always with him so like he, he loves me being with him. So do I, so.

Barb: Oh, okay.

Child: It's usually like her just yelling, so.

Barb: Okay. So, I've met mom and I've met dad, but I've never seen mom and dad together. So, do they - how do they get along?

Child: I don't know, like usually when they are together, or like if they have to talk I guess, like they're usually calm about it, like calm around each other.

Barb: Okay. Do you think they argue or do you think they're just kind of like friends now, or?

Child: Well, I don't know. Like my mom like will argue but like she argues with me too, but like -

Barb: Oh she argues with your dad?

Child: Well not really, no. I'm saying like she'll argue with me about what my dad says - like if I told my dad something or something and like, she'd argue with me about like whatever and like I'd always be like can we stop by in the morning to get something or whatever because I wanted to, so.

Barb: Sure, okay.

Child: Yeah.

Barb: So, does - do your parents ever talk to you about their arguments because if we could figure out what they argue about maybe I could fix it and then they'd have nothing to argue about anymore.

Child: Well they don't really argue, I guess.

Barb: Oh, they don't?

Child: Well they don't really, no. They don't.

Barb: Okay.

Child: They just like, like if they are talking, they're just talking. They don't usually talk to each other that much, though. Like, or like, the only time I would hear arguing is if I'm on the phone with her or something. Like she'll say, like, my dad will say something like, just like talking normally about the conversation and then she'll yell, like yell through the phone to my dad.

Barb: Oh.

Child: But he wouldn't say anything rude. He's probably like, just because he was standing by -

Barb: Sure.

Child: and she thought like he was listening or something.

Barb: That makes sense. Okay.

Child: But like he's just asking me a question to tell her or something.

Barb: Okay, okay. So you don't think that they argue very much? Okay. Um, and they don't really talk to you - so you don't know like, does your dad ever like read any emails to you that your mom sent or talk to you about any of their text messages, or?

Child: Sort of, yeah, like, I guess. Like the email, like if, well he'll tell me if like he sends her an email about like my shows or whatever, like that.

Barb: Okay and what does he tell you?

Child: Like just like I'm sending your mom an email about the shows or like, so she knows the schedule for my like for the rehearsal times.

Barb: Oh sure, okay. Um, does he - does he ever talk to you - does he ever tell you about any emails like if they're arguing or disagreeing in an email, does he ever tell you about those?

Child:  Not really, no.

Barb:  No.

Child:  He doesn't want me to get upset or whatever.

Barb:  Oh, okay.  Okay.  Okay.  Um, and we don't, so we don't know, we think they get along okay-ish?

Child:  Yeah.

Barb:  Okay.  Um, does your mom talk to you about anything that she is mad about dad, with dad about, or anything?

Child:  I don't really know.

Barb:  They don't really talk to you about that?  Have they talked to you about the current court stuff and all the stuff that's going on right now?  Like what do you know about it?

Child:  Well like I sort of know I guess.

Barb:  What do you know?

Child:  Because they just like say that we're going to court or whatever.

Barb:  Okay, but what, like what has dad told you about it?

Child:  Like, I don't know.  Just like that we're going to like settle the parenting what you want and stuff.

Barb:  Okay.

Child: And she says like the same thing.

Barb:  Okay.  So they don't tell you like what happens in court or they don't keep you up to date on anything?

Child:  I mean, I guess but not really, like -

Barb:  Well what to do they - what do you mean you guess?  What do they do?

Child:  I don't know.

Barb:  So do they talk to you - do they keep you informed on what's going on or they don't?

Child:  They sort of do, like not really, like briefly.

Barb:  Like give me an example, what do you mean?  So I can understand.

Child:  I don't know, like they don't want me to like get to into it or whatever, so.

Barb:  Okay.  Okay.

Child:  And plus like I usually have theater and stuff, so.

Barb:  Okay.  Okay.  Okay.  Um, so remember when I said you don't get to go into court and talk to the judge, which again, not a bad thing, because it's boring in there, but I can get a message to the judge for you and sometimes kids want to tell the judge something super important for the judge to know.  Sometimes they want me to ask the judge to do something for them, sometimes they want me to ask the judge to make their parents to do something and judges love to boss parents around.  So is there anything that you want me to tell the judge, or ask her to do for you?

Child:  I -

Barb:  What?  Tell me.

Child:  I don't want to spend any time with my mom.

Barb:  You don't want to spend any time with her?  And so you, how do you think, so you would be okay if you never saw your mom again?

Child:  Yeah because she'd like call me either way so I'm fine with that.

Barb:  What do you mean?

Child:  Like, she'd probably call me like and text me still so I'd be fine with that, like -

Barb:  Okay.

Child:  or if she'd see me like, like I'd be fine or if she saw me like occasionally on Saturdays like for dinner or whatever.

Barb:  Okay.

Child:  Because she likes to see me, so.

Barb:  Okay, but you wouldn't miss her?

Child:  No.

Barb:  And how do you think mom would feel about you never seeing her again?

Child:  She'd probably be upset.

Barb:  And you're okay with that?

Child:  Yeah.

Barb:  Okay.  And how do you think that dad would feel about you never seeing your mom again?  How do you think he would feel about that?

Child:  I mean, I guess he'd like be fine with whatever I wanted to do, so.

Barb:  Okay.  Okay.  So, if dad said, no, I don't think that's a good idea, I think you need to have a relationship with your mom, would you be willing to still have, to still see her?

Child:  Not really.

Barb:  Not really?  So even if dad really wanted you to, you still wouldn't?  Okay.  Is there anything else that you want me to make sure that I tell the judge or ask her to do for you?

Child:  Uh, I don't know.

Barb:  You think that's it?

Child:  Yeah.

Page 26

Barb: Okay. Was there anything that dad wanted to make sure that we talked about when you came in here so we don't forget anything and then you have to make the drive in a second time which would be boring. Anything that he wanted you to talk to me about when you came in here?

Child: I don't think so.

Barb: What did he say? Do you remember?

Child: No.

Barb: He didn't - he didn't ask you anything or -

Child: I don't think so.

Barb: Okay. What about mom? Was there anything that mom wanted to make sure that we talked about when we came in here?

Child: No, I don't think so.

Barb: Okay. So, do you think we forgot anything?

Child: I don't -

Barb: Anything that is super important?

Child: I don't -

Barb: To talk about with all this?

Child: Uh, I - I don't know. I guess not. I don't think so.

Barb: Okay. So nothing dad, nothing more that your parents wanted you to share?

Child: I don't think so.

Barb: Okay, that makes it easy then. All right, so what are you going to do the rest of the day? Do you have a lot of homework?

Child:  Sort of,  because we left school a little early, so.  It's not that bad though and then we're doing this thing called like, Word Master, or something, it's like where you memorize 25 words, and then like November 12th to the 30th, we'll like do like, um, what do you call them, like analogy things with them -

Barb:  Oh, that's a lot of work.

Child:  and then like, it's like people all around the world like do it, like all kids around the world so this will be for fifth grade -

Barb:  Really?

Child:  so if you get like all of them correct you get a medal thing, but this is my first time doing it, so.

Barb:  Wow.  Do you think it's going to be hard?

Child:  Yeah.  They said, she said like only two people in her class ever have got the medals, so.

Barb:  But you're super good at memorizing things because you have to memorize all those lines and everything, don't you?

Child:  Yeah.

Barb:  So you can probably do it I bet, right?

Child:  Yeah.

Barb:  Of course, lines are probably fun to memorize, this stuff's probably not fun is it?

Child:  Yeah I guess not really.

Barb:  Yeah.  Oh that's kind of neat though.  All right, so you have some homework and then what are you going to do for dinner?  Does dad cook for you or do you guys usually go out?

Child:  Well like every like Sunday we get like Pei Wei or something -

Barb:  Oh yum.

Child:  because like, that's really fun and we'll just like, like there's this game called like, I don't remember what it's called but, oh it's called Cahoots and it's like a game where, it's like you can connect to your computer or whatever to the tv and we'll all play it on our like iPads or whatever and then we'll play and so like, it's like a question game so you can like find some on the internet and like you can - we all play that every Sunday like after we eat.

Barb:  Oh my gosh.

Child:  Well not every Sunday, but most Sundays and then also, what else was I gonna say, oh yeah, and then usually he like, or like, I have chicken tenders or nuggets and like um, like um, what's it called, like a pickle or something, or I'll have like yogurt because sometimes I don't feel that hungry and sometimes I eat french toast.

Barb:  Oh yum.  So is dad a good cook or just an okay cook?

Child:  I mean, he's like, he's like, if this is okay and this is good, he's like here.

Barb:  Okay, that's not bad.

Child:  He's like, like sometimes he burns stuff, like -

Barb:  Does he?

Child:  Yeah, like sometimes he accidentally burned the french toast, like the edges.

Barb:  Oh my gosh, really?  Dad… well you can cut that off.

Child:  Yeah.

Barb:  That's funny, oh I like that.  Well I like that he cooks for you though, that's kind of neat.  Do you ever get to help him or are you too busy doing homework and?

Child:  Well I help him sometimes, like with the chicken nuggets and stuff I don't really have to help, because you just -

Barb:  Right, just put them in the oven or whatever, yeah.

Child:  Yeah.

Barb: Okay, that makes sense.

Child: But like we, we like make banana bread and brownies and stuff, like make that for dessert or sometimes I help with my grandma make her dinner, so. Yeah, like she doesn't really like eat that much for dinner, like she'll usually have my leftovers -

Barb: Oh will she?

Child: because I don't, I don't eat that much.

Barb: Okay. She doesn't eat that much either, huh?

Child: Well, I mean, she sort of does. Like my dad will make like, like five or six chicken nuggets or whatever and I'll have like four of them, so whatever I don't eat she eats and then she eats the rest that my dad still cooked, so.

Barb: Oh that makes sense, okay.

Child: Yeah.

Barb: Well that's kind of nice.

Child: Yeah.

Barb: So you guys kind of share and it's not too much work for dad.

Child: No.

Barb: I like that he takes such good care of you. All right sweetie we're all done, I will let you go so you can go home and study and play with your new phone and get ready for your birthday tomorrow. So super exciting.

Child: I like the moose thing thats on top of your -

Barb: Oh, thank you. Most adults don't notice that but all my kid clients notice that. You guys are so smart. All right, we are all done. Enjoy her last year at this age, tomorrow's a big day.

Ken: Oh yeah.

Barb: It's very exciting.

Ken: Yeah, she uh, yeah. It's, I can't believe it.

Barb: I know, you gotta love birthdays.

Ken: I'll share a story with you, she had a performance these last four days, I don't know if she told you -

Child: Oh yeah.

**END**

EXHIBIT 2 - REDACTED

Barb: Okay.

Child: Like, or yeah.

Barb: Well when you're with mom do you have any communication with dad?

Child: Well usually I'll like facetime him or whatever.

Barb: Oh, okay.

Child: So yeah.

Barb: Okay. So, we know, so let's go back to the schedule. You said at first you weren't using it.

Child: Well we were using it but like I think she was like, she was working, and I didn't want to be with her and like I had theater and stuff like that so we weren't really following it and I didn't really get a good night's sleep there because I was like sleeping on the couch before.

Barb: Okay.

Child: And so we stopped it for a while and then like a month or two - I don't know if it was a month, I don't remember, she started following it again and I didn't really want to do it so like I've been trying not to but she's like, still like doing it so.

Barb: So is there anything about the 5-2-2-5 schedule that you like and so you don't want that to be messed with? Is there anything about it that you like?

Child: Uh, I like spending time with my dad.

Barb: Okay. So what part of the schedule do you not like? And that's the stuff that we probably need to fix, so what don't you like?

Child: I don't like having to be with her on like the whatever, Wednesday Thursday, and like, I don't really like to be with her at all.

Barb: Okay. So do you, so you don't want to have any parenting time with mom?

Child: No. Only like, maybe like a Saturday but that's it, but not to sleep with her, just like if she wants to spend time with me but she's like always upset when I say I don't want to spend time with you, or I say I don't want to spend time with you she's always like upset with that, so.

Barb: Okay. What does, um, so you said that she gets upset about that?

Child: Yeah.

Barb: Okay. And what does she say?

Child: She's like, why don't you want to spend time with me, or whatever and I've told her already but like, she's still like, why? I was like, I don't sleep well and stuff like that and like she still is like why, and like every time I tell her.

Barb: Oh, okay. Okay and what does dad think about if you don't want to spend time with mom? What does he say?

Child: He's just like calm about it. He's usually like, um, he's usually like if you don't want to spend time with her you can like stay with me or whatever.

Barb: Okay.

Child: So I usually want to but she'll always like yell and say no. I guess that's one of the reasons she yells. She'll yell and say like, no you have to stay with me, it's my parenting day or whatever.

Barb: Okay, but dad says that if you don't want to you don't have to, but then mom makes you?

Child: Well, I'm - yeah I guess.

Barb: Okay.

Child: Like my dad is mostly fine with whatever in my opinion, but like, if he knows that I want to stay or come with him I mean -

Barb: Sure.

Child: he would like, be fine with that.